1    Louis A. Coffelt, Jr.

2    1195 W. Spring Street, # C

3    Riverside, CA 92507

4    Phone: (951) 790-6086

5    In Pro Per

```
            FILED
CLERK, U.S. DISTRICT COURT

      JUN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   COFFELT,Louis,A.,Jr.,    )   Case No.: **ED CV 13-902 RGK(MRW)**

12          Plaintiff,    )

13           v.           )

14   California Department    )       **REQUEST FOR DISMISSAL**

15   of Corrections and      )           **OF ACTION**

16   Rehabilitation, and     )

17   Keith Stanton,        )

18          Defendants.   )

19   TO:   THE COURT:

20      In light of the Court's review of this action dated May 31,

21   2013, Plaintiff, Louis A. Coffelt, Jr., hereby respectfully

22   requests the Court to dismiss the present action against

23   Defendants California Department of Corrections and

24   Rehabilitation and Keith Stanton without sanction.

25   Date: June 6, 2013         Respectfully submitted,

26

27                     Louis A. Coffelt, Jr.

28                     Plaintiff